U. S. DISTRICT COURT
Eastern District of Louisiana

FILED  APR - 9 2012

LORETTA G. WHYTE
Clerk

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District Eastern District of Louisiana |
|---|---|

| Name (under which you were convicted): Jeremiah Thomas "AKA" FAT | Docket or Case No.: 06-CC-269 I (4) |
|---|---|

| Place of Confinement: United States Penitentiary Atwater | Prisoner No.: 00884-099 |
|---|---|

UNITED STATES OF AMERICA               Movant (include name under which you were convicted)

v.   Jeremiah Thomas

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

Hale Boggs Federal Building
500 poydras St.          New Orleans, La. 70130

(b) Criminal docket or case number (if you know): 06-269  I (4)

2. (a) Date of the judgment of conviction (if you know): 9-28-2007

(b) Date of sentencing: 9-28-2007

3. Length of sentence: 300 Months

4. Nature of crime (all counts): (1) (2) (25) (26) (27)

(1) Conspiracy to possess with the intent to distribute 50 grams or More of Cocaine base (crack) and a quantity of cocaine hydrochloride

(2) Conspiracy to use and carry firearms and possess firearms in furtherance of a drug trafficking crime. See attachment for the rest

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐          (2) Guilty ☒          (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

N-A

6. If you went to trial, what kind of trial did you have? (Check one)          Jury ☐          Judge only ☐

TENDERED FOR FILING

APR - 9 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc. No. _____

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

8.  Did you appeal from the judgment of conviction?    Yes ☐    No ☒

9.  If you did appeal, answer the following:

    (a) Name of court:

    (b) Docket or case number (if you know):

    (c) Result:

    (d) Date of result (if you know):

    (e) Citation to the case (if you know):

    (f) Grounds raised:

    (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

        If "Yes," answer the following:

        (1) Docket or case number (if you know):

        (2) Result:

        (3) Date of result (if you know):

        (4) Citation to the case (if you know):

        (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

        Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑   No ☒

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑   No ☒

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:      Yes ❑   No ☒

(2) Second petition:   Yes ❑   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel Mr. Frank Desalvo has violated my "Sixth Amendment Rights," Supporting Facts see attachment for Ground one

" I would like to file a motion for ineffective assistance of counsel" I'm in violation of my "Sixth amendment Rights"

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☑
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☑
  (2) If your answer to Question (c)(1) is "Yes," state:
  Type of motion or petition:
  Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:




**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

"Ineffective assistance of counsel"

See attachment for Ground two.

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑   No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

## GROUND THREE:

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑    No ❑

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑    No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:




**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ❑   No ❑

    (2) If you did not raise this issue in your direct appeal, explain why:


(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ❑  No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):


    (3) Did you receive a hearing on your motion, petition, or application?

      Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ❑   No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ❑   No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?        Yes ❑   No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
   (a) At preliminary hearing: Mr. Frank Desalvo

   (b) At arraignment and plea: Mr. Frank Desalvo

   (c) At trial:

   (d) At sentencing: Mr. Frank Desalvo
                       829 Baronne Street
                       New Orleans, La. 70113

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?       Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?       Yes ☐ No ☒

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* Cause my lawyer led me to believe that a high Court would automatically reviewed my case and if they was anything wrong with my case then the high Court would let me know. I Just became aware that my lawyer lie to me about the high court who would automatically review my case. The way I became aware of this is because I got a friend to call my lawyer and ask him what was going on with my case, cause it's been 5 years and I haven't heard anything from him or the high court. That's when he informed my friend that he was no longer my lawyer and there was no such thing as a high Court who would automatically look at my case, So I look up my rights and I became aware that my lawyer Violate my Sixth Amendment Right cause after I was sentence I told him I would like to file a appeal for my case. So my lawyer had me under the Impression that the high Court would do it for me automatically (the Notice of Appeal).

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

   A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
      (1) the date on which the judgment of conviction became final;
      (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
      (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

I would like to have the court appointed a counsel to file a notice of appeal for me. See attachment

or any other relief to which movant may be entitled.

I would bring it up in my notice of appeal if granted.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

April 4, 2012 (month, date, year).

Executed (signed) on ~~Sworn statement~~ (date).

_____

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Ground 2 attachment  <u>Supporting Facts!</u>

<u>Mr. Frank Desalvo</u> is also ineffective cause, if he would not had led me to believe that a "high Court" would automatically review my case, then I would have made a objection to the Improper use of the superseding bill of Information to establish prior conviction, cause at my rearraignment proceedings on April 10, 2007 in the transcript it states on page 9 that I was convicted on March 3rd 2005 in Orleans Parish Criminal District Court for attempted possession of cocaine and herion and on August 10th, 2005 I was convicted of attempted possession of cocaine and herion which both are clearly wrong, I ask <u>Mr. Frank Desalvo</u> to object to that at the sentencing but he assure me that, It was in my best intrest to let the "high Court" do it. Now In the superseding bill of information to establish prior conviction which I recieve on April 10, 2007 that I was convicted of attempted distribution of ecstacy on March 3, 2005 in Orleans Parish Criminal District Court, <u>Mr. Frank Desalvo</u> was also ineffective at the plea hearing cause only moments before my plea hearing began I received a copy of the superseding bill of Information to establish prior conviction which was file on April 9, 2007 at 1:53 pm and I plea guilty on April 10, 2007 and I was given insufficient time in which to comprehend the agreement and its consequences, and that an effective attorney would have asked for the Rule 11 hearing to be postponed to provide him sufficient time to analyze, then discuss the 851 bill of Information and the consequences, that held me accountable for 25 years instead of 15 years.

Attachment on Ground one ,

<u>Supporting Facts:</u>

My attorney <u>Mr. Frank Desalvo</u> has violated my "Sixth Amendment rights"; Due to the fact he led me to believe my 25 year sentence would automatically be reviewed by a higher court, because I instructed him to file a notice of appeal on behalf of the 851 enhancement, and to challenge the 25 year sentence, which he informed me this illusory "high Court" would automatically review my enhancement and my 25 year sentence and if they was anything wrong with my case they would let me know (High Court). Well its been (5) five long hard years and I haven't heard anything from the "High Court" or my lawyer <u>Mr. Frank Desalvo</u>, so I had a friend call <u>Mr. Frank Desalvo</u> to ask him what was going on with my case and the high court" and <u>Mr. Frank Desalvo</u> informed my friend he was no longer my attorney and there is no appeal with the illusory "high court". I'm just now becoming aware there's no such thing as a "high court", that would automatically look over my case. <u>Mr. Frank Desalvo</u> deprived me of my "Sixth amendment rights"; by not filing a notice of appeal after I told him I would like to appeal my case and <u>Mr. Frank Desalvo</u> assured me that the "high Court" would automatically review my case, which I found out to be a lie,

# IN Forma PAuperis Declaration

## United States District Court For the
## Eastern District of Louisiana

I certify that I am indigent and unable to pay the cost of the instant action and respectfully request to be allowed to proceed in forma pauperis

Jeremiah Thomas #00884-0~~

Nature of crime (all counts)

25) Possesion with the intent to distribute a quantity of cocaine base (crack)

26) Possesion of firearms in furtherence of a drug trafficking crime

27) Convicted felon in possession of a fire arm

Attachment for ⟶                    Page 14

Therefore movant asks that the Court grant the following relief:

I would like to have the court appoint me a counsel to file
a notice of appeal, and I would like for the court to take
off the superseding bill of information to establish prior conviction
Cause it is improper